1

2

3

4

5

6

7

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE SAKS, M.D., dba, RECONSTRUCTIVE SURGERY ASSOCIATES, dba, RECONSTRUCTIVE SURGERY AFFILIATES; and MADISON PARK SURGERY AND LASER CENTER, dba, MADISON PARK SURGERY AFFILIATES,<br><br>          Plaintiffs,<br><br>          vs.<br><br>INTERNATIONAL LONGSHORE & WAREHOUSE UNION - PACIFIC MARITIME ASSOCIATION BENEFIT PLANS; and DOES 1 to 200, Inclusive,<br><br>          Defendants. | Case No. 2:09-cv-02885-JAK-Ex<br><br>**JUDGMENT**<br><br>==JS-6==<br><br><br>Hearing Date: May 20, 2013<br>Hearing Time: 8:30 a.m.<br>Location: Courtroom 750<br>Judge: Hon. John A. Kronstadt |

ILWU-PMA WELFARE PLAN, AND ILWU-PMA WELFARE PLAN TRUSTEES,

          Counter-Plaintiffs,

          vs.

LAWRENCE SAKS, M.D., dba, RECONSTRUCTIVE SURGERY ASSOCIATES, dba, RECONSTRUCTIVE SURGERY AFFILIATES; and MADISON PARK SURGERY AND LASER CENTER, dba, MADISON PARK SURGERY AFFILIATES, DOES 300-350,

          Counter-Defendants.

JUDGMENT
Case No. 09-cv-02885-JAK-Ex

This action came on for hearing on December 15, 2011, the Hon. John A. Kronstadt, District Judge, presiding, on the Motion for Summary Judgment on Plantiffs' First Amended Complaint (Dkt. 93), filed by Defendants ILWU-PMA Welfare Plan ("Plan") and ILWU-PMA Board of Trustees ("Trustees") (collectively "Defendants"), with the evidence presented having been fully considered, the issues having been duly heard, and a decision duly rendered striking all claims of Plaintiff Madison Park Surgery and Laser Center, dba Madison Park Surgery Affiliates ("Madison Park"), and granting summary judgment against Plaintiff Lawrence Saks, M.D. (dba Reconstructive Surgery Associates, dba  Reconstructive Surgery Affiliates) (collectively "Saks").  (Dkt 136.)

This action came on for further hearing on March 4, 2013, the Hon. John A. Kronstadt, District Judge, again presiding, on the Motion for Partial Summary Judgment on Counter-Plaintiffs' Second Amended Counterclaim ("SACC"), for Breach of Contract Claim, against Counter-Defendant Saks (Dkt. 175), filed by Counter-Plaintiffs Plan and Trustees (collectively "Counter-Plaintiffs"), with the evidence presented having been fully considered, the issues having been duly heard, and a decision duly rendered granting summary judgment against Counter-Defendant Saks, and holding that there is no genuine issue of material fact that Counter-Defendant Saks' breach of contract caused Counter-Plaintiffs to suffer damages in the amount of $468,608.16.  (Dkt. 204.)

On April 3, 2012, Counter-Plaintiffs sought entry of default as to Counter-Defendant Madison Park as to their SACC.  Dkt. 144.   Default was entered by the Court against Madison Park on April 4, 2012.  Dkt. 146.  On January 12, 2013, Madison Park moved for, among other things, an order setting aside the entry of default against it as to the SACC.  Dkt. 173.  On March 13, 2013, the Court entered an order denying Madison Park's motion.  Dkt. 204.  On  March 21, 2013, Counter-Plaintiffs filed an Application For Default Judgment By Court Against Madison Park,

1    seeking entry of a default judgment against Madison Park in the amount of

2    $457,411.51, plus an award of costs and attorneys' fees to be determined,  which

3    application came on for hearing on May 20, 2013, the Hon. John A. Kronstadt, District

4    Judge, again presiding, and was granted.

5            IT IS ORDERED AND ADJUDGED that Plaintiffs Saks and Madison Park

6    take nothing under their First Amended Complaint, that Counter-Defendant Saks pay

7    damages to Counter-Plaintiffs Plan and Trustees under the SACC in the amount of

8    $468,608.16, that Counter-Defendant Madison Park pay damages to Counter-Plaintiffs

9    Plan and Trustees under the SACC in the amount of 457,411.51, that judgment be

10   entered in favor Defendants and Counter-Plaintiffs Plan and Trustees in this matter,

11   and that Defendants and Counter-Plaintiffs recover their costs and reasonable

12   attorneys' fees in an amount to be determined.

13

14   Dated: May 30, 2013                    _____

15                                          Hon. John A. Kronstadt,
                                            United States District Judge
16

17

18

19

20

21

22

23

24

25

26

27

28