1  SEYFARTH SHAW LLP
   D. Ward Kallstrom, State Bar No. 76937
2  e-mail: wkallstrom@seyfarth.com
   Kevin J. Lesinski, State Bar No. 110862
3  e-mail: klesinski@seyfarth.com
   Jonathan A. Braunstein, State Bar No. 227322
4  e-mail: jbraunstein@seyfarth.com
   560 Mission Street, Suite 3100
5  San Francisco, CA 94105-2930
   Tel:    415.397.2823
6  Fax:    415.397.8549

7  LEONARD CARDER LLP
   Christine S. Hwang, State Bar No. 184549
8  e-mail: chwang@leonardcarder.com
   1188 Franklin Street, Suite 201
9  San Francisco, CA 94109
   Tel:    415.771.6400
10 Fax:    415.771.7010

11 MORGAN, LEWIS & BOCKIUS LLP
   James N. Penrod, State Bar No. 43030
12 e-mail: jpenrod@morganlewis.com
   One Market, Spear Street Tower
13 San Francisco, CA 94105-1126
   Tel:    415.442.1000
14 Fax:    415.442.1001

15 Attorneys for ILWU-PMA Welfare Plan and
   ILWU-PMA Welfare Plan Trustees

16

17                    UNITED STATES DISTRICT COURT

18           CENTRAL DISTRICT OF CALIFORNIA– SOUTHERN DIVISION

| | |
|---|---|
| 19 LAWRENCE SAKS, M.D., dba, RECONSTRUCTIVE SURGERY ASSOCIATES, dba, RECONSTRUCTIVE SURGERY AFFILIATES; and MADISON PARK SURGERY AND LASER CENTER, dba, MADISON PARK SURGERY AFFILIATES,<br><br>Plaintiffs,<br><br>vs.<br><br>INTERNATIONAL LONGSHORE & WAREHOUSE UNION - PACIFIC MARITIME ASSOCIATION BENEFIT PLANS; and DOES 1 to 200, Inclusive,<br><br>Defendants. | Case No. 2:09-cv-02885-JAK-Ex<br><br>**ILWU-PMA WELFARE PLAN'S AND ILWU-PMA WELFARE PLAN TRUSTEES' NOTICE OF MOTION AND MOTION FOR ATTORNEYS' FEES**<br><br>Date:      October 7, 2013<br>Location:  Courtroom 750<br>Time:      8:30 a.m.<br>Judge:     Hon. John A. Kronstadt |

ILWU-PMA Welfare Plan's and ILWU-PMA Welfare Plan Trustees' Notice
Of Motion And Motion For Attorneys' Fees / 09-cv-02885-JAK-Ex

| | |
|---|---|
| 1 | ILWU-PMA WELFARE PLAN, AND ILWU-PMA WELFARE PLAN TRUSTEES, |
| 2 | |
| 3 | Counter-Plaintiffs, |
| 4 | vs. |
| 5 | LAWRENCE SAKS, M.D., dba, RECONSTRUCTIVE SURGERY ASSOCIATES, dba, RECONSTRUCTIVE SURGERY AFFILIATES; and MADISON PARK SURGERY AND LASER CENTER, dba, MADISON PARK SURGERY AFFILIATES, DOES 300-350, |
| 6 | |
| 7 | |
| 8 | |
| 9 | Counter-Defendants. |

**TO PLAINTIFFS AND COUNTER-DEFENDANTS LAWRENCE SAKS, M.D., dba, RECONSTRUCTIVE SURGERY ASSOCIATES, dba, RECONSTRUCTIVE SURGERY AFFILIATES ("SAKS"); and MADISON PARK SURGERY AND LASER CENTER, dba, MADISON PARK SURGERY AFFILIATES ("MADISON PARK") AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on October 7, 2013, at 8:30 am., or as soon thereafter as the matter may be heard, in the Courtroom of Honorable John A. Kronstadt, in the United States District Court for the Central District of California, Courtroom 750, located at 411 West Fourth Street, Room 1053, Santa Ana, CA 92701, Defendants and Counter-Plaintiffs ILWU-PMA Welfare Plan ("Plan") and ILWU-PMA Welfare Plan Trustees ("Trustees") will, and hereby do, move this Court pursuant to ERISA Section 502(g)(1), 29 U.S.C. 1132(g)(1), and/or the Court's inherent powers for an order granting an award of attorneys' in their favor and against Saks and Madison Park in the amount of $1,570,598.70, plus pre and post judgment interest.

Please take further notice that the request for attorney's fees exceeds the amounts set forth in the fee schedule in the Local Rules (i.e., Local Rule 55-3) with respect to a default judgment.

This Motion for Attorneys' Fees is based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, the Declaration of Ward Kallstrom, Declaration of Christine S. Hwang, Declaration of James N. Penrod and the exhibits attached thereto, all pleadings, papers and exhibits on file and Orders of the Court in this action, all of which judicial notice

///

///

///

///

1  can be taken, and any such other matters that may be presented to the Court prior
2  to or at the time of the hearing.  A proposed form of order has been lodged with
3  Court.

Dated:    June 13, 2013            SEYFARTH SHAW LLP

                                   By      /s/
                                     D. Ward Kallstrom
                                     Kevin J. Lesinski
                                     Attorneys for ILWU-PMA Welfare Plan
                                     and ILWU-PMA Welfare Plan Trustees

Dated:    June 13, 2013            LEONARD CARDER, LLP

                                   By      /s/
                                     Christine S. Hwang
                                     Attorneys for ILWU-PMA Welfare Plan
                                     and ILWU-PMA Welfare Plan Trustees

Dated:    June 13, 2013            MORGAN, LEWIS & BOCKIUS LLP

                                   By      /s/
                                     James N. Penrod
                                     Attorneys for ILWU-PMA Welfare Plan
                                     and ILWU-PMA Welfare Plan Trustees

15700189v.1