SEYFARTH SHAW LLP
D. Ward Kallstrom, State Bar No. 76937
e-mail: wkallstrom@seyfarth.com
Kevin J. Lesinski, State Bar No. 110862
e-mail: klesinski@seyfarth.com
Jonathan A. Braunstein, State Bar No. 227322
e-mail: jbraunstein@seyfarth.com
560 Mission Street, Suite 3100
San Francisco, CA 94105-2930
Tel: 415.397.2823
Fax: 415.397.8549

LEONARD CARDER LLP
Christine S. Hwang, State Bar No. 184549
e-mail: chwang@leonardcarder.com
1188 Franklin Street, Suite 201
San Francisco, CA 94109
Tel: 415.771.6400
Fax: 415.771.7010

MORGAN, LEWIS & BOCKIUS LLP
James N. Penrod, State Bar No. 43030
e-mail: jpenrod@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001

Attorneys for ILWU-PMA Welfare Plan and
ILWU-PMA Welfare Plan Trustees

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA– SOUTHERN DIVISION

| | |
|---|---|
| LAWRENCE SAKS, M.D., dba, RECONSTRUCTIVE SURGERY ASSOCIATES, dba, RECONSTRUCTIVE SURGERY AFFILIATES; and MADISON PARK SURGERY AND LASER CENTER, dba, MADISON PARK SURGERY AFFILIATES,<br><br>Plaintiffs,<br><br>vs.<br><br>INTERNATIONAL LONGSHORE & WAREHOUSE UNION - PACIFIC MARITIME ASSOCIATION BENEFIT PLANS; and DOES 1 to 200, Inclusive,<br><br>Defendants. | Case No. 2:09-cv-02885-JAK-Ex<br><br>**[PROPOSED] ORDER GRANTING ILWU-PMA WELFARE PLAN'S AND ILWU-PMA WELFARE PLAN TRUSTEES' MOTION FOR ATTORNEYS' FEES**<br><br>Date: October 7, 2013<br>Location: Courtroom 750<br>Time: 8:30 a.m.<br>Judge: Hon. John A. Kronstadt |

[Proposed] Order Granting Motion for Attorneys' Fees / 09-cv-02885-JAK-Ex

| | |
|---|---|
| 1 | ILWU-PMA WELFARE PLAN, AND ILWU-PMA WELFARE PLAN TRUSTEES, |
| 2 | |
| 3 | Counter-Plaintiffs, |
| 4 | vs. |
| 5 | LAWRENCE SAKS, M.D., dba, RECONSTRUCTIVE SURGERY ASSOCIATES, dba, RECONSTRUCTIVE SURGERY AFFILIATES; and MADISON PARK SURGERY AND LASER CENTER, dba, MADISON PARK SURGERY AFFILIATES, DOES 300-350, |
| 6 | |
| 7 | |
| 8 | |
| 9 | Counter-Defendants. |

The Motion for Attorneys' Fees of Defendants and Counter-Plaintiffs ILWU-PMA Welfare Plan ("Plan") and ILWU-PMA Welfare Plan Trustees ("Trustees") pursuant to ERISA 502(g)(1), 29 USC 1132(g)(1), and/or the Court's inherent powers came on for hearing on October 7, 2013 at 8:30 a.m.  After considering the moving and opposing papers, and all pleadings and records on file, all matters on which judicial notice could be taken, and for good cause appearing, the Court hereby orders as follows:

This Court finds that the Plan and the Trustees are entitled to recover an award in the amount of $1,570,598.70 for attorneys' fees reasonably incurred from Plaintiffs and Cross-Defendants Lawrence Saks, M.D., dba, Reconstructive Surgery Associates, dba, Reconstructive Surgery Affiliates ("Saks"); and Madison Park Surgery and Laser Center, dba, Madison Park Surgery Affiliates ("Madison Park") This amount shall be added to the existing judgment (Dkt. 213).

The Plan and the Trustees are also entitled to pre and post-judgment interest on all attorneys' fees, expenses, and costs awarded herein at the current rate of ___% per annum, compounded annually, from the date of entry of this Order until all amounts have been paid in full.

**IT IS SO ORDERED**

_____
Hon. John A. Kronstadt
United States District Court Judge

15698876v.1

1
[Proposed] Order Granting Motion for Attorneys' Fees / 09-cv-02885-JAK-Ex